**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRGINIA SENA, | Case No.: 2:21-cv-00046-SK |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| vs. | ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,200.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  January 6, 2022

_____
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE